US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JUN 2 1 2013

CHRIS R. JOHNSON, Clerk
By
      Deputy Clerk

HALEY WHEELER,
    Plaintiffs

v.                         No. 13-2156

JOSE TERGA
    Defendants.

## NOTICE OF REMOVAL FROM STATE COURT

Comes now the United States of America, acting by and through Deborah Groom, through the United States Attorney for the Western District of Arkansas, and states:

1. That this action was commenced and is pending in the Circuit Court of Polk County, Arkansas, as Cause No. CV-2012-218, and purports to be an action to claim damages against a federal employee for personal injury damages to plaintiff while serving in his role as a federal employee.

2. This action appears to be an attempt to claim damages against the United States of America[1] and its employee, and is thus removable by the United States under Sections 1441 of Title 28, United States Code.

3. A copy of plaintiff's Summons and Complaint, being all the pleadings served upon said defendant in this case are attached hereto and filed herein. The United States Attorney's Office for the Western District of Arkansas has not been served with Summons and Complaint.

---

[1] The United States, not the individual federal employee, is the proper party in matters involving alleged tortuous acts committed by federal employees acting within the scope of their employment.

WHEREFORE, the United States of America, acting by and through the United States Attorney, prays that this action be removed from the above described State Court to the United States District Court for the Western District of Arkansas, Fort Smith Division.

UNITED STATES OF AMERICA

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: *[signature]*
Deborah Groom
Assistant U.S. Attorney
Bar Number 80054
414 Parker Avenue
Fort Smith, AR 72901
Phone: 479-783-5125
Fax: 479-441-0569
Email: debbie.groom@usdoj.gov

## CERTIFICATE OF SERVICE

I, Deborah Groom, Assistant U.S. Attorney for the Western District of Arkansas, hereby certify that a true and correct copy of the foregoing Notice of Removal from State Court was mailed this 21st day of June, 2013, to:

Bill D. Reynolds
Attorney at Law
P.O. Box 184
Fort Smith, AR 72902

*[signature]*
Deborah Groom
Assistant U.S. Attorney