

## IN THE CIRCUIT COURT OF POLK COUNTY ARKANSAS
## CIVIL DIVISION

| | | |
|---|---|---|
| HALEY WHEELER | | PLAINTIFF |
| VS. | NO. CIV-2012-218 | |
| JOSE TERGA | | DEFENDANT |

### COMPLAINT

Comes now the Plaintiff, Haley Wheeler, by and through her attorney, Bill D. Reynolds, of Nolan, Caddell & Reynolds, P.A., and for her Complaint states:

1. The Plaintiff is a citizen and resident of the of Polk County, Arkansas and has been at all times relevant herein. The Defendant is a resident of Poteau, LeFlore County, Oklahoma. All matters complained of herein took place in Polk County, Arkansas. This Court has personal jurisdiction over the parties hereto and the subject matter herein and that venue is proper.

2. On or about February 11, 2010, at approximately 6:20 p.m., the Plaintiff, Haley Wheeler, was a passenger in a vehicle operated at that time by the Defendant, Jose Terga. The Defendant, Jose Terga, operated in such a reckless, careless and negligent manner as to lose control of the vehicle at a curve on an ice covered roadway. The vehicle flipped ended over end, ejecting the Plaintiff, Haley Wheeler.

3. The Defendant, Jose Terga, was operating the vehicle in a reckless, careless and negligent manner and was guilty of the following acts of recklessness, carelessness and negligence, to wit:

(a) Failed to keep a proper lookout under the circumstances as they existed at that time;

(b) Failed to keep his vehicle under control;

(c) Drove his vehicle at a speed greater than was reasonable and prudent under the circumstances;

(d) Operated his vehicle at an excessive rate of speed;

(e) Generally failed to act as a reasonably careful and prudent person would act under the circumstances and failed to appreciate the great risk of harm his actions would probably have upon the person of the Plaintiff.

4. The injuries and damages caused to the Plaintiff, Haley Wheeler, were due to the recklessness, carelessness and negligence of the Defendant, Jose Terga, which recklessness, carelessness and negligence were the proximate causes of said damages and injuries.

5. As a direct result and proximate consequence of the reckless, careless and negligent acts of the Defendant, Jose Terga, the Plaintiff, Haley Wheeler, sustained serious injuries, both temporary and permanent; has endured pain and suffering in the past and will certainly experience pain and suffering in the future; has undergone extensive medical care and treatment and will likely continue to undergo medical care and treatment in the future as a result of these injuries; has incurred large medical expenses in the past and will certainly continue to incur medical expenses in the future; has sustained a great loss of

2

wages and damage to his property, all to her detriment in the sum and amount in excess of the minimum amount required for federal court jurisdiction in diversity of citizenship cases.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Haley Wheeler, prays for judgment over and against the Defendant, Jose Terga, in the sum and amount in excess of the minimum amount required for federal court jurisdiction in diversity of citizenship cases; for her costs and attorney fees; and for all other just and proper relief to which she may show herself entitled.

RESPECTFULLY SUBMITTED,

Haley Wheeler, Plaintiff

By: _____
Bill D. Reynolds
NOLAN, CADDELL & REYNOLDS, P.A.
P.O. Box 184
Fort Smith, AR 72902
(479) 782-5297
Ark Bar #92021

PLAINTIFF DEMANDS TRIAL BY JURY