IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HALEY WHEELER                                                                 PLAINTIFF

v.                                    Case No. 2:13-cv-02156

UNITED STATES OF AMERICA                                          DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Defendant United States of America's motion to dismiss for lack of jurisdiction (Doc. 9) is GRANTED.  Plaintiff's claim accrued more than two years before she filed her lawsuit in state court, and Plaintiff failed to properly exhaust her administrative remedies prior to filing suit.  Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of November, 2013.


/s/ P. K. Holmes, III P.K.

HOLMES, III UNITED STATES
DISTRICT JUDGE