**IN THE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

HALEY WHEELER                                                                            PLAINTIFF-APPELLANT

v.                                            **CASE NO.: 13-2156**

UNITED STATES OF AMERICA                                 DEFENDANT-APPELLEE

**NOTICE OF APPEAL**

Comes now the Plaintiff, Haley Wheeler, by and through her attorney, Bill D. Reynolds, and for her Notice of Appeal states as follows:

1. The Plaintiff respectfully appeals the Judgment of the Court entered on November 15, 2013;

2. Attached hereto and incorporated by reference is Appellant's Form A.

                                                   Respectfully submitted,

                                                   Haley Wheeler, Plaintiff-Appellant

                                                   /s/ Bill D. Reynolds
                                                   Bill D. Reynolds, ABA# 92021
                                                   NOLAN CADDELL REYNOLDS, P.A.
                                                   P.O. Box 184
                                                   Fort Smith, AR 72902
                                                   (479)782-5297
                                                   Email:  breynolds@justicetoday.com

## CERTIFICATE OF SERVICE

      I, Bill D. Reynolds, do hereby certify that I have served a true and exact copy of the above and foregoing pleading upon the Defendant by CM-ECF e-mail on this 9th day of December, 2013 to:

Mr. Christopher R. Johnson
U.S. District Court
Western District of Arkansas Clerk's Office
30 S. Sixth Street
P.O. Box 1547
Fort Smith, AR 72902-0000

Deborah J. Groom
Assistant United State Attorney
414 Parker Avenue
Fort Smith, Arkansas 72901
Phone: 479-783-5125
Fax: 479-441-0569
Email: debbiegroom@usdoj.gov

                                                /s/ Bill D. Reynolds
                                                Bill D. Reynolds